```
                                              FILED
                                           OCT 13 2010
                                       CLERK, U.S. DISTRICT COURT
                                     SOUTHERN DISTRICT OF CALIFORNIA
                                     BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THONPSON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10cr2570-GT |
| Plaintiff, | |
| v. | **ORDER CONTINUING SENTENCING** |
| DAVID DEL GROSSO, | |
| Defendant. | |

At the request of the parties, **IT IS HEREBY ORDERED**, that the sentencing hearing currently scheduled for October 15, 2010, at 9:00 a.m., be continued to November 1, 2010, at 9:00a.m..

**SO ORDERED.**

DATED: 10/13/10

HON. GORDON THONPSON
United States District Judge